**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHARLES PICARELLA JR., | : | No. 80 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 385 MD |
| | : | 2015 dated June 8, 2016, exited June 9, |
| v. | : | 2016. |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                              **DECIDED:  December 28, 2016**

    **AND NOW,** this 28th day of December, 2016, the Order of the Commonwealth Court is **AFFIRMED**.